**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Pablo Aquino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00085-MJS |
| Plaintiff, | |
| v. | **REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE PURSUANT TO FRCP RULE 43; STIPULATION BY THE GOVERNMENT; ORDER** |
| PABLO AQUINO, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant PABLO AQUINO, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.  Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the

REQUEST FOR WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE

1

Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Aquino lives and works in the State of Washington. He is employed full time although with a varied work schedule. He has no criminal history and he is not accused of an alcohol related offense.

Should the Court deny Mr. Aquino's request for a waiver of his personal appearance, he respectfully requests a continuance of the initial appearance to give him an opportunity to purchase reasonably priced airfare, car rental, and hotel accommodations.

National Park Service Legal Officer, Matthew McNease, has no objection to the proposed waiver of personal appearance pursuant to FRCP Rule 43 as stated above.

Dated:  August 12, 2014            /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant,
                                   PABLO AQUINO


Dated:  August 12, 2014            /s/ Matthew McNease
                                   MATTHEW McNEASE
                                   Legal Officer
                                   National Park Service

### ORDER

For good cause, and subject to further Order of the Court to the contrary, Defendant's request for a waiver of personal appearance pursuant to FRCP 43 in CASE NO. 6:14-mj-00085-MJS is hereby granted.

IT IS SO ORDERED.

Dated:   August 13, 2014            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

REQUEST FOR WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE

2