Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>PABLO AQUINO,<br><br>            Defendant. | No.  6:14-MJ-085-MJS<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION: PROTECTIVE ORDER RE: SAME** |

    WHEREAS, the discovery in this case contains private personal information regarding several third parties, including but not limited to their names, dates of birth, physical descriptions, telephone numbers and/or residential addresses ("Protected Information"); and

    WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

    The parties agree that entry of a stipulation protective order is appropriate.

    THEREFORE, defendant PABLO AQUINO, by and through his counsel of record

1

1  Carol Moses ("Defense Counsel"), and the United States of America, by and through
2  Acting Legal Officer Matthew A. McNease, hereby agree and stipulate as follows:

3      1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal
4         Rules of Criminal Procedure, and its general supervisory authority.

5      2. This Order pertains to all discovery provided to or made available to Defense
6         Counsel as part of discovery in this case (hereafter, collectively known as "the
7         discovery").

8      3. By signing this Stipulation and Protective Order, Defense Counsel agrees not
9         to share any documents that contain Protected Information with anyone other
10        than Defense Counsel attorneys, designated defense investigators, and
11        support staff. Defense Counsel may permit the defendant to view unredacted
12        documents in the presence of his attorneys, defense investigators, and
13        support staff. The parties agree that Defense Counsel, defense investigators,
14        and support staff shall not allow the defendant to copy Protected Information
15        contained in the discovery. The parties agree that Defense Counsel, defense
16        investigators, and support staff may provide the Defendant with copies of
17        documents, if any, from which Protected Information has been redacted.

18     4. The discovery and information therein may be used only in connection with the
19        litigation of this case and for no other purpose. The discovery is now and will
20        forever remain the property of the United States of America ("Government").
21        Defense Counsel will return the discovery to the Government or certify that it
22        has been shredded at the conclusion of the case.

23     5. Defense Counsel will store the discovery in a secure place and will use
24        reasonable care to ensure that it is not disclosed to third persons in violation of
25        this agreement.

26     6. Defense Counsel shall be responsible for advising the Defendant, employees,
27        and other members of the defense team, and defense witnesses of the
28        contents of this Stipulation and Order.

7.  In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: September 4, 2014         /s/ Matthew McNease
                                 Matthew McNease
                                 Acting Legal Officer
                                 Yosemite National Park, CA

DATED: September 4, 2014         /s/ Carol Moses
                                 Carol Moses
                                 Attorney for Defendant
                                 PABLO AQUINO

## **ORDER**

Good cause appearing, the above Stipulation is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   September 4, 2014         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

3