**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Pablo Aquino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00085-MJS |
| Plaintiff, | |
| v. | **DEFENDANT'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE PURSUANT TO FRCP RULE 43;  ORDER** |
| PABLO AQUINO, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant PABLO AQUINO, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.

Defendant PABLO AQUINO requests the Court allow a telephonic appearance for the Change of Plea and Sentencing Hearing currently scheduled for February 5, 2015 at 10:00 a.m.

This Court previously granted a Rule 43 Waiver for status conferences.  The basis for this authorization was in part, because Mr. Aquino lives and works in the State of Washington.  He has no previous criminal history.

At the Trial Confirmation Hearing on January 6, 2015, the Court indicated if there was an agreement on restitution and no objection by the Government, a telephonic appearance would be

considered.

The parties have reached an agreement for restitution. Defense counsel spoke to Matthew McNease, Legal Officer for the National Park Service on January 14, 2015; Mr. McNease said the government has no objection to a telephonic appearance by Mr. Aquino.

Therefore based on the foregoing, Defense Counsel respectfully requests Mr. Aquino be permitted to appear telephonically at the Change of Plea and Sentencing hearing set for February 5, 2015, at 10:00 a.m.

Dated: January 20, 2015        /s/ Carol Ann Moses
                               CAROL ANN MOSES
                               Attorney for Defendant,
                               PABLO AQUINO


Dated: January 20, 2015        /s/ Pablo Aquino
                               PABLO AQUINO
                               Defendant

ORDER

The above DEFENDANT'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE PURSUANT TO FRCP RULE 43 in Case No. 6:14-mj-00085-MJS is hereby approved and adopted as the Order of this Court. Mr. Aquino may appear telephonically at the Change of Plea and Sentencing Hearing set for February 5, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 20, 2015          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE