Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PABLO AQUINO,<br><br>　　　　　Defendant. | No. 6:14-MJ-085-MJS<br><br>**REQUEST FOR VICTIM TO APPEAR TELEPHONICALLY AT SENTENCING; AND ORDER THEREON** |

　　On February 5, 2015, at 10:00 a.m. it is expected defendant Pablo AQUINO will enter a plea and be sentenced thereafter. The victim in this matter would like to be present telephonically to make a statement and answer any questions the court has.

Dated: January 29, 2015　　　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　 /S/ Matthew McNease_____
　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　Yosemite National Park, CA

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the victim in the above referenced matter, *United States v. Pablo Aquino,* 6:14-mj-085-MJS, be allowed to appear telephonically at the Change of Plea and Sentencing Hearing set for February 5, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 29, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE